**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS | ) | |
| AND PIPEFITTERS NATIONAL | ) | |
| PENSION FUND, et al., | ) | |
| | ) | Case No. 1:18cv159 |
| v. | ) | |
| | ) | |
| ALTITUDE 24/7 PLUMBING | ) | |
| HEATING AND COOLING, LTD., | ) | |

**ORDER**

On May 4, 2018, United States Magistrate Judge John F. Anderson entered a Report and Recommendation ("Report") in this ERISA and LMRA action, recommending that plaintiffs' motion for default judgment be granted. Specifically, Judge Anderson recommends that judgment be entered in favor of the Trustees of the Plumbers and Pipefitters National Pension Fund in the amount of $31,088.68 and in favor of the Trustees of the International Training Fund in the amount of $973.17.

Upon consideration of the record and Judge Anderson's well-reasoned Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Doc. 17).

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

Accordingly,

It is hereby **ORDERED** that plaintiffs' motion for default judgment (Doc. 12) against Altitude 24/7 Plumbing Heating and Cooling, LTD is **GRANTED.**

It is further **ORDERED** that the Clerk of the Court shall enter Rule 58 judgment in favor of the Trustees of the Plumbers and Pipefitters National Pension Fund in the amount of $31,088.68 and in favor of the Trustees of the International Training Fund in the amount of $973.17.

The Clerk of Court is directed to provide a copy of this Order to all counsel of record and to defendant at its last known address.

The Clerk of Court is further directed to place this matter among the ended causes.

Alexandria, Virginia
May 29, 2018

/s/
_____
T. S. Ellis, III
United States District Judge